Frank Wade, Plaintiff-Appellee, v. Loyd Mathis, Defendant-Appellant.

Gen. No. 10,017. (Abstract of Decision.)

Third District.

September 21, 1955.

Released for publication October 7, 1955.

Ernest G. Utter, for appellant; Doane G. Trone, for appellee.
Opinion by JUSTICE REYNOLDS. Not to be published in full.